# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**BOBBY CLEVELAND BENNETT**                                                    **PLAINTIFF**
**#145200**

**v.**                              **No. 3:24-cv-44-DPM**

**BJ CARTER, Administrator, Poinsett**
**County Detention Center;  REGINA**
**HINDMAN, Lt., Poinsett County**
**Detention Center;  TABITHA SIMONS,**
**Sgt., Poinsett County Detention Center;**
**and AMANDA MCCORKLE, C.O.,**
**Poinsett County Detention Center**                              **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 3-1*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Bennett's complaint will be dismissed for failure to state a claim.  Strike recommended. 28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024