IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BOBBY CLEVELAND BENNETT                                    PLAINTIFF
#145200

v.                           No. 3:24-cv-44-DPM

BJ CARTER, Administrator, Poinsett
County Detention Center; REGINA
HINDMAN, Lt., Poinsett County
Detention Center; TABITHA SIMONS,
Sgt., Poinsett County Detention Center;
and AMANDA MCCORKLE, C.O.,
Poinsett County Detention Center                           DEFENDANTS

## JUDGMENT

Bennett's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2024